00 CV 1450
(7)
5/3/01
TS
CFR

```
Thu May  3 10:19:34 2001

UNITED STATES DISTRICT COURT
   SCRANTON       , PA

Receipt No.   333 83578
Cashier       tanya

Tender Type  CHECK

Check Number: 18485

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount         $    5.10

SCI DALLAS DALLAS, PA 18612

PARTIAL FILING FEE 00-CV-1450 ALFRED
HOYLE
```

**FILED**
**SCRANTON**
**MAY 03 2001**

cn
PER _____ TS
DEPUTY CLERK

Check No. 18485
Amount: 5.10
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667